The STATE of TEXAS

VS

Johnny Eugene DAVIS SR

TDCJ # 1923674

CCA # PD 0128-15

COA # 11-14-00112 CR

TRIAL COURT CASE # 15154

PD-0128-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 16 2015

Abel Acosta, Clerk FILED IN
COURT OF CRIMINAL APPEALS
JUL 16 2015
Abel Acosta, Clerk

In this matter of Criminal proceedings it is stated that the defendant (myself) that I (defendant) and Defense attorney (Richard Ritchie) signed the application for a "guilty plea memorandum" was signed numerous times the first time the guilty plea memorandum was signed was on March 10, 2014 and filed by the district clerk of Palo Pinto County Janie Glover was after being "Belittled" by defense attorney. I defendant refused to sign application for community supervision numerous times but after being "forced" to sign it after defense attorney states that the courts did not see any of my felony convictions (I knew I had been convicted of a felony in the state of Texas) If defense attorney would have properly researched my Background he would have seen that I was originally convicted of a felony in the state of texas

after I refused to sign application defense attorney states "are you having a hard time distinguishing the difference between a misdemeanor and a felony?" So to keep from being "scolded" a second time I signed the application for "guilty plea memorandum" community supervision the first guilty plea memorandum was attached to the application for community supervision I was not informed what I was signing the second guilty plea memorandum was signed on april 16, 2014 after the courts sentencing hearing I was only informed that I had to sign these documents (guilty plea memorandum) before returning to custody to await transport to TDCJ.

next issue "Waiver of Jury Trial" I never verbally or signed any legal documents waiving my rights to a jury trial my defense attorney refused to proceed to a jury trial because "nobody would believe that I didn't hurt the victim in this "alleged offense" due to being alone with the victim as stated before I was not the only ~~indiv~~ individual alone with the victim on the date of alleged offense the victims mother (state witness) Darline Sauro was

next any statements that were made prior and during this criminal proceeding should be dismissed due to violation of failure of miranda warnings not being presented to defendant at any time during this criminal proceeding. failure to recue oral waiver of right to a jury trial in addition failure to recue a written waiver of right to a jury trial did violate my right to a fair trial. defendants own testimony <u>without elaboration</u> which led to the courts using speculation as to how injury to victim was sustained hurt defendants chances at a lesser penalty because the medical evidence did not state injury occurred as District attorney presented "Evidence" to courts which led to Personal Judgement my Presiding Judge "I still don't see how anyone could do this to their child." Also defense counsels failure to Present Results from motion of Expert and investigative assistance would have shown evidence of mental Illness ~~extreme~~ Depression, extreme Personality Disorder. it is also stated by appellate

attorney that defendant benefited from defense attorney's trial strategy by recieving a lesser sentence. this is not true because the sentence I (defendant) recieved was offered <u>before</u> any motions were filed. sentence offer was presented to defendant and defense attorney on November 13, 2013 but motion for expert and investigative assistance and all other motions presented to courts were filed after November 13 2013 the expert and investigative assistance motion was granted on november 14, 2013

I pray upon the courts for termination of sentence and conviction soley on the fact of miranda warnings not being presented at time of arrest or during interview with law enforcement this is a clear violation of defendants constitutional right defendant did not verbally or sign any waiver of miranda warnings defense attorney states that there did not have to be presented at any time "they didnt have to"